

**NUMBERS**
**13-15-00218-CV**
**13-15-00237-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF PORT ISABEL, TEXAS,
MARIA DE JESUS GARZA,
GUILLERMO TORRES AND JOE E. VEGA,                    Appellants,

v.

JUAN JOSE "JJ" ZAMORA, SR.
AND MARTIN C. CANTU,                                  Appellees.

**On appeal from the 444th District Court**
**of Cameron County, Texas.**

# ORDER

**Before Justices Garza, Benavides and Perkes**
**Order Per Curiam**

Appellants, the City of Port Isabel, Texas, Maria de Jesus Garza, Guillermo Torres

and Joe E. Vega, have perfected two appeals of orders rendered in trial court cause

number 2015-DCL-2342-H. Attorney Humberto Silva, purporting to represent appellants, has filed a "Motion to Show Authority and to Strike Briefs" in which he requests that we abate the appeals and remand to the trial court for determination as to whether attorney Michael Cowen has authority to bring these appeals on behalf of appellants Garza and Vega, and whether attorney Frank E. Perez has authority to bring the appeals on behalf of appellant Torres. *See* TEX. R. CIV. P. 12.

Having reviewed the motions, we hereby ORDER that attorneys Cowen and Perez file any response to the motions with this Court on or before Friday, July 10, 2015.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of July, 2015.